# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Hull,<br><br>        Plaintiff,<br><br>  v.<br><br>13850 South Normandie LLC, a California Limited Liability Company; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-10777-AB-PD<br><br>*Hon. Andre Birotte Jr*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 25, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant 13850 South Normandie LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: <u>March 24, 2021</u>

                                               Hon. Andre Birotte Jr
                                               United States District Judge